RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUN 0 2 2025
KEVIN P. WEIMER, Clerk
By ___ Deputy Clerk




1:25 -CV- 3060

## The Moorish Science Temple of America
### Prophet Noble Drew Ali Estate
### Consulate of the united states for the Moroccan Empire

## united states district court- northern district court of georgia

case:        habeas corpus-order of release   federal officer complaint

Plaintiff: Consulate of the united states for the Moroccan
Grand Sheik: Executor: Javel bey
unlawfully held: beneficiary Allison Stanton: EL

06-2-2025 a.d -   V_XV_MMXXV

defendants:

jailer: Meherrin River Regional Jail: 9000 Boydton Plank Road, Alberta, Va 23821

cc: Nebraska district 5 clerk: Carly Noack P.O. Box 323 Aurora, NE 68818
cc: Nebraska Hamilton County Court: Lynelle D. Homolka
cc:Deputy Clerk District Court: Erin Fousek
PO Box 201 Aurora, NE 68818, 402-694-3533,erin.fousek@nejudicial.go
 cc:Nebraska Attorney General: 1445 k street, Room 2115 lincoln, NE 68508
cc: U.S. Department of Justice: Attorney General: Pamela Bondi,  950 Pennsylvania Avenue, nw washington, DC 20530-0001
cc: acting County Sheriff: Jeromy McCoy, 715 12th St, Aurora, NE 68818-2306, 402-694-693
cc:Attorney General: Jason S. Miyares
cc: Nebraska state patrol
cc: virginia state patrol
cc: south hill Va police department

beneficiary-Allison Stanton: El- moslem held unlawfully under color of law and christian property at hamilton county, aurora, state of nebraska.

Subject: order and demand of Habeas Corpus immediate release of Moslem and beneficiary

Protected Rights under diversity of citizenship, federal religious protected persons, treaty rights

1. whereas this order writ of habeas Corpus is executed according to the laws of the Moorish Science Temple of America Divine and national Constitution act 1, Holy Koran, federal and treaty laws.
2. where as our beneficiary, Member is a Moslem of the west, American citizen supporting our Republic form of government and not under jurisdiction of any foreign claim outside the Moorish Science Temple of America.
3. cannot be prosecuted under christian law or color law and the said
4. Whereas The Moorish Science Temple of America is a lawfully chartered and incorporated organization, August, 1, 1928 A.D. cook county, chicago, illinois Republic by Prophet Noble Drew Ali
5. whereas the Federal protected Person the Moorish Science Temple of America as a Moorish Government has rights under the American Constitution, Article VI, Paragraph 2. treaty rights and bonafide protected religious Person protected by u.s law and a national government of free representation of a people
6. protected under first amendment of the American Constitution of 1789
7. protected by their state Constitution: Divine and national Constitution
    a. FEDERAL CLASSIFICATIONS:
    b. UNIQUE IDENTIFIER NO. 1237-7
    c. HIERARCHICAL CODE R1.01.052.004, FEDERAL CODE NO. 667, FEDERAL CODE NO. 463
    d. U.S. DEPARTMENT OF DEFENSE FILE NO. 1-17
    e. U.S. DEPARTMENT OF JUSTICE FILE: BM: SHR: 1WD:144-35-0
    f. -CORPORATIONS-RELIGIOUS-AFFIDAVIT OF ORGANIZATION- FORM 1099 DOC
    g. 10105905 BOOK 521 Page 579 RECORDED IN COOK COUNTY CHICAGO, ILLINOIS-1928-AUGUST 01, 2:52PM
    h. US NATIONAL ARCHIVE RECORD GROUP NO. 147 BOOK NO. 5-21 PAGE NO. 5-39.....
8. Whereas All member nationals are inheritors of the fee simple absolute land trust 10105905 and all real and personal property of members are owned and claimed solely by the Moorish Science Temple of America.

all members and nationals are part and partial the Moorish Science Temple of America Express trust, federal government, a u.s government entity as american religious national organization: Moslem State of Moorish Moslem of the west,

9. The American Constitution Guarantees the protected and secured person rights of the Moorish Science Temple of America be it treaty right, religious protected person law.
10. Whereas the Moorish Science Temple of America, as trustee, Grand Sheik foreign counsel Javel Bey demand through this writ of habeas Corpus for beneficiary and ecclesiastical officer Allison Stanton: El whom is being unlawfully held jailer: Meherrin

River Regional Jail: 9000 Boydton Plank Road, Alberta, Va 23821 the under color of law and unconstitutional Processes by foreign agents outside our religious government jurisdiction. The unlawful abridgment of right of the Moorish Science Temple of America by subjugating their trustee from carrying out their missionary and Ambassador mission. The fraudulent and unlawful event happened on 04-09-2025 a.d. at 145 Trooper winters by a Nebraska state trooper agent who was unlawfully detaining our minister and removing our member from ministerial duties through unlawfully seizing the person belonging to the Moorish Science Temple of America. From this unlawful arrest and attempting enslavement of federal religious protection we were plagued with fake warrants and subject to more abuse by all agents involved, piracy, racketeering, unlawful imprisonment, false claims and fraudulent arrest warrants. they subjected our officer to color law and abridgment of constitutional rights.

all parties involved was sanction by their principles to act within the color of laws and perform these unlawful activities

11. all the process and claims against the Moorish Science Temple interest and rights are void ab initio
12. where as we are private juridical Persons: Moslem Subjects under the laws of the holy Koran (7) and not Christian Persons under christian Rule
    a. **PUBLIC LAW 97-280 OCT. 4, 1982**

Public Law 97-280 ~ 96 STAT. 1211 ~ 97th Congress

abridged Constitutionally Protected Rights and abuse

13. 18 U.S. Code § 242 - Deprivation of rights under color of law
14. 18 U.S. Code § 953 - Private correspondence with foreign Government
15. 42 U.S. Code § 2000bb-1 - Free exercise of religion protected
16. 42 U.S. Code § 2000cc - Protection of land use as religious exercise
17. 42 U.S. Code § 2000cc-2 - Judicial relief
18. (B)
19. 42 U.S. Code § 2000cc-1 - Protection of religious exercise of institutionalized persons
20. 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons
21. 10 U.S. Code § 897 - Art. 97. Unlawful detention
22. FACTUAL ALLEGATIONS OF MARITIME PIRACY
23. defendants Foreign billegerants agents violating:
24. 13th Amendment (Involuntary Servitude)
25. Anti-Peonage Act (1867)
26. RICO Statutes (18 U.S.C. § 1961)
27. fara Act

28. Kidnapping: Defendants unlawfully seized Ambassador and Federal religious Protected Person entrusted and protected by the Moorish Science Temple of America
29. Presentment of unlawful of no delegation order (5 U.S.C. § 3345)
30. Fraudulent Christian Law Imposition:
31. Enforced canon law against Islamic Moorish National in violation of:
32. Treaty of Tripoli (1797) ("US not founded on Christian religion")
33. First Amendment Establishment Clause
34. Racketeering Enterprise:
35. Hamilton County Sheriff's Office and Nebraska state Partrol operates as:
36. De Facto Slave Patrol under color of law (42 U.S.C. § 1985)
37. Profit Scheme through false imprisonment (18 U.S.C. § 242)
38. U.S. is an "indestructible union of indestructible states"—Moorish state exists similarly.
39. Lovelace v. Canada (U.N. HRC, 1981)
40. Protects self-identification as a sovereign people.
41. Federal Preemption (Supremacy Clause, Art. VI)
42. The 1787 Morocco-U.S. Treaty overrides state laws attempting to regulate M.S.T.A. affairs.
43. B. Ecclesiastical Immunity
44. Courts cannot interfere in internal M.S.T.A. matters (per Watson v. Jones, 1871).
45. C. Unlawful "Color of Law" Enforcement
46. If Illinois officials harass M.S.T.A. members, they violate:
47. 42 U.S.C. § 1983 (civil rights violations).
48. 18 U.S.C. § 242 (deprivation of rights under color of law)
49. C. Unlawful "Color of Law" Enforcement
50. If Illinois officials harass M.S.T.A. members, they violate:
51. 42 U.S.C. § 1983 (civil rights violations).
52. 18 U.S.C. § 242 (deprivation of rights under color of law).
53. I. LEGAL CLAIMS FOR RELIEF
54. Judicial Confiscation of Defendants' operating budgets under Maritime Forfeiture (18 U.S.C. § 981)
55. Criminal Referral to US Attorney for:
56. Slavery (18 U.S.C. § 1589)
57. Piracy (18 U.S.C. § 1651)
58. Permanent Injunction against all Christian law enforcement on Moorish adherents
59. Declaratory Judgment (28 U.S.C. § 2201)
60. Injunctive Relief
61. Permanent injunction barring Nebraska and all defendants from enforcing codes and Rules against Plaintiff without proof of claim and jurisdiction
62. military tribunal for treason against the Republic form of government
63. Monetary Damages

64. $1,000,000 in compensatory damages for emotional distress, defamation, and unlawful detainment.
65. $10,000,000 in punitive damages against Sheriff McCoy for willful civil rights violations.
66. II. PERMANENT INJUNCTION AGAINST FUTURE HARASSMENT
67. Defendants ARE HEREBY ENJOINED from:
68. Enforcing state laws against Plaintiff without prior judicial review of jurisdiction.
69. Demanding state-issued identification or compliance with statutory obligations that conflict with Plaintiff's Moorish-American national status.
70. Contacting, detaining, or prosecuting Plaintiff without express written notice to this Court.
71.
72. V. MONETARY RELIEF
73. Defendants SHALL PAY Plaintiff:
74. $500,000 in compensatory damages for unlawful detainment & emotional distress.
75. $250,000 in punitive damages for willful disregard of federal protections.
76. VI. COMPLIANCE & REPORTING
77. Nebraska Attorney General must submit a report within 30 days confirming:
78. All unlawful claims against Plaintiff have been expunged.
79. Law enforcement has been trained on Moorish sovereignty rights.

where as the unlawful detainment under color of law, attempted slavery, and harming a religious protected person. constitute a violation of our rights and privileges as a sovereign religious organization,

we through the executive office: Grand Sheik Javel Bey for the Moorish Science Temple of America Declare under Penalty of Perjury under the laws of the united states of america, The Moorish Science Temple of America that the forgoing is true and correct signed on 04-10-2025 a.d

federal officer ID:100105905
Sincerely,
the Moorish Science Temple of
foreign counsel s/ Grand Sheik Javel
beneficiary: Allison Stanton :El
email beyjavel@Gmail.com
mailing location. 164 saint johns place, Kings County, New York Republic u.s.a Republic

*Exhibit 1   Piracy/fails under color of law* (handwritten)

**Defendant Copy**
# Uniform Citation and Complaint

**Citation Number:** ET6100751

| Date of Offense | Time of Offense | IR/Case# | | Troop/District/Sector |
|---|---|---|---|---|
| 04/09/2025 | 09:39 | | | |
| Plaintiff: State of Nebraska | In the HAMILTON - 28 | County Court | Court Case #: | |

**Defendant Information:**

| Last Name | First Name | M.I. | Suffix | Phone | ☑ Cell |
|---|---|---|---|---|---|
| STANTON | ALLISON | | | (719) 642-0827 | |
| Street Address | | City | | State | Zip Code | Country |
| 16890 E ALAMEDA PKWY # 473783 | | AURORA | | CO | 80017 | US |
| DOB | Gender | Height | Weight | Eyes | Hair | Race/Eth | Language if interpreter needed |
| 04/14/1965 | F | | | | | B | |
| DL State | DL Country | DL Number | | Exp. Date | DL Class | Restrictions | DL Endorsements |
| CO | US | 922215997 | | 04/14/2028 | O | | |
| Vehicle Year | Vehicle Type | Vehicle Style | Make | | Model | | Color |
| 2021 | PA | 4D | LEXS | | SUV | | BLK - BLACK |
| Vehicle VIN | Vehicle License | State | Vehicle Country | Year | License Plate Type | CMV | HazMat |
| JTJDY7AX3M4355268 | NONE | CO | US | 2025 | | N | |
| Carrier Name | | | US DOT Number | | ICC Number | | |
| Business/Address | | City | | State | Zip Code | | Country |

The undersigned being duly sworn, says the defendant, at the time and date shown, did unlawfully commit the following offenses(s)

| Violation Location | In the County of | In the City of | Hwy Type | Hwy Number | Hwy Suffix | Mile Marker |
|---|---|---|---|---|---|---|
| | HAMILTON - 28 | | I | 80 | | 328 |
| | Location at or near EB | | | | | |
| | Latitude 40.821794 | | Longitude -98.053991 | | | |

**In violation of:**

**OFFENSE 001**
| Statute/Ordinance Section | Offense Description: | | | | Violation Type: S |
|---|---|---|---|---|---|
| 60-6,186I1 | SPEEDING 16-20 MPH INTERSTATE | | | | |
| Speed 92 mph in 75 mph Zone | Tracked RADAR | NCIC Code 5499 | BAC Percent | Actual Weight | Legal Weight |
| Comments: FRONT SAME LANE RADAR | | | Fine | Lbs OverWt | Pct. OverWt |
| | | | Liquidated Damages Amount | School Zone ☐ Road Construction Zone ☐ | A check means "Yes" |

**OFFENSE 002**
| Statute/Ordinance Section | Offense Description: | | | | Violation Type: S |
|---|---|---|---|---|---|
| 60-6,140 | FOLLOWING TOO CLOSE | | | | |
| Speed mph in mph Zone | Tracked | NCIC Code 5499 | BAC Percent | Actual Weight | Legal Weight |
| Comments: | | | Fine $50.00 | Lbs OverWt | Pct. OverWt |
| | | | Liquidated Damages Amount | School Zone ☐ Road Construction Zone ☐ | A check means "Yes" |

**OFFENSE 003**
| Statute/Ordinance Section | Offense Description: | | | | Violation Type: S |
|---|---|---|---|---|---|
| 60-362 | NO VALID REGISTRATION-CAR/PICKUP/STEPVAN | | | | |
| Speed mph in mph Zone | Tracked | NCIC Code 5499 | BAC Percent | Actual Weight | Legal Weight |
| Comments: | | | Fine $25.00 | Lbs OverWt | Pct. OverWt |
| | | | Liquidated Damages Amount | School Zone ☐ Road Construction Zone ☐ | A check means "Yes" |

**OFFENSE 004**
| Statute/Ordinance Section | Offense Description: | | | | Violation Type: S |
|---|---|---|---|---|---|
| 60-3,167 | NO PROOF OF INSURANCE | | | | |
| Speed mph in mph Zone | Tracked | NCIC Code 5499 | BAC Percent | Actual Weight | Legal Weight |
| Comments: | | | Fine | Lbs OverWt | Pct. OverWt |
| | | | Liquidated Damages Amount | School Zone ☐ Road Construction Zone ☐ | A check means "Yes" |

*Evidence of piracy / Null and void Ab initio* (handwritten)



Page 1 of 2

*Exhibit 2*

*False Claim; Color of Law*

**Defendant Copy**
## Uniform Citation and Complaint

**Citation Number: ET6100751**

| Date of Offense | Time of Offense | IR/Case# | | Troop/District/Sector |
|---|---|---|---|---|
| 04/09/2025 | 09:39 | | | |

| Plaintiff: State of Nebraska | In the HAMILTON - 28 | County Court | Court Case #: | |

**Defendant Information:**

| Last Name | First Name | M.I. | Suffix | Phone | | |
|---|---|---|---|---|---|---|
| STANTON | ALLISON | | | (719) 642-0827 | | ☑ Cell |

| Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| 16890 E ALAMEDA PKWY # 473783 | AURORA | CO | 80017 | US |

**OFFENSE 005**

| Statute/Ordinance Section | Offense Description: | | | Violation Type: S |
|---|---|---|---|---|
| 28-906 | OBSTRUCT A PEACE OFFICER | | | |

| Speed mph in mph Zone | Tracked | NCIC Code 4899 | BAC Percent | Actual Weight | Legal Weight |
|---|---|---|---|---|---|

| Comments: | | Fine | Lbs OverWt | Pct. OverWt |
|---|---|---|---|---|

| | Liquidated Damages Amount | A check means "Yes" School Zone ☐ Road Construction Zone ☐ |
|---|---|---|

**OFFENSE 006**

| Statute/Ordinance Section | Offense Description: | | | Violation Type: S |
|---|---|---|---|---|
| 28-1206(3)(B)-1D | POSSESS FIREARM BY PROHIBITED PERSON-1ST | | | |

| Speed mph in mph Zone | Tracked | NCIC Code 5212 | BAC Percent | Actual Weight | Legal Weight |
|---|---|---|---|---|---|

| Comments: | | Fine | Lbs OverWt | Pct. OverWt |
|---|---|---|---|---|

| | Liquidated Damages Amount | A check means "Yes" School Zone ☐ Road Construction Zone ☐ |
|---|---|---|

| Reporting Officer 1/Agency | Date | Badge Number | Reporting Officer 2/Agency | Date | Badge Number |
|---|---|---|---|---|---|
| WINTERS, A. R. NSP TROOP C | 04/09/2025 | 145 | | | |

**This is an appearance only, not a trial date. You MUST Appear in Court as directed below:**

Prosecutor:

| Your Court Appearance: ☐ To be determined | Court Address | Mailing Address | Room No. |
|---|---|---|---|
| Date: 06/03/25  Time: 09:00 | HAMILTON COUNTY COURT 1111 13TH ST. AURORA, NE 68818 | HAMILTON COUNTY COURT P.O. BOX 323 AURORA, NE 68818 | |

I promise that I will appear in court at the above time and place.

**J - JAILED** X

Signature of Defendant — Date

Your Signature is not an admission of guilt, but a promise to appear. Failure to Comply with the terms of this citation is punishable by jail or fine or both and may result in suspension of your operator's license.

You have the right to a trial and may appear in court as directed above **OR** You are allowed to plead guilty to this offense without appearing in court. If you choose to plead guilty, you may pay a fine of _____, costs of _____, and liquidated damages of: _____ for a total of: _____

*Evidence of Piracy — conspiracy against (?)*

*The most serious target ever*

# WARRANT OF ARREST FOR EXTRADITION
VA. CODE §§ 19.2-99, 19.2-100

| | |
|---|---|
| Mecklenburg | [x] General District Court |
| LOCALITY | [ ] Juvenile and Domestic Relations District Court |
| | [ ] Circuit Court |

*Exhibit 3*

*False claim color of law*

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the allegation that the Accused alleged to be within this city or county has, pursuant to the provisions of Virginia Code

[ ] § 19.2-99   [x] § 19.2-100,

[x] fled justice from **Nebraska** ............................................. on a charge or charges of
NAME OF STATE

  28-1206(3)(b)-1d Possess firearm by prohibited person.
  28-906 Obstruct a peace officer.
  Failure to appear.

[ ] escaped confinement in ........................................ after having been convicted of a crime;
NAME OF STATE

[ ] broken the terms of bail, probation, or parole in ........................................
NAME OF STATE

I, the undersigned, have found probable cause to believe that the Accused is a fugitive from justice as alleged above, based upon a certified copy of the sworn charge or charges or upon the sworn statements of the Complainant which have been reduced to writing and attached to the original copy of this warrant.

Trooper  Dayton, Peter L.   648   Virginia State Police
COMPLAINANT

*John A. Ellis*

05/15/2025 10:01 PM
DATE AND TIME ISSUED

[ ] CLERK   [x] MAGISTRATE   [ ] JUDGE
John A. Ellis

FORM DC-374 (FRONT) REVISED 7/05

---

CASE NO.

**ACCUSED:**

Stanton, Allison
LAST NAME, FIRST NAME, MIDDLE NAME

16890 E Alameda Pkwy #473783
ADDRESS/LOCATION

Aurora, CO 80017

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| | F | 04/14/1965 | 5' 06" | 148 | BRO | BLK |

SSN     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

DL #          STATE

## COMMONWEALTH OF VIRGINIA
## WARRANT OF ARREST
## FOR EXTRADITION

[ ] EXECUTED by arresting the Accused named above on this day:

5-15-25  21:01
DATE AND TIME OF SERVICE

P. Dayton , Arresting Officer

648   VSP
BADGE NO., AGENCY AND JURISDICTION

FOR ............................................
SHERIFF

Attorney for the Accused:

Short Offense Description:
**Warrant of Extradition**
Offense Tracking Number: **117GM2500001442**

FOR ADMINISTRATIVE USE ONLY
  Virginia Crime Code:

ARR-9986-S9

---

**E** COPY

HEARING DATE AND TIME



Offense Tracking Number: 117GM2500001442

Attorneys Present:

[ ] ........................................................
PROSECUTING ATTORNEY (NAME)

[ ] ........................................................
ACCUSED'S ATTORNEY (NAME)

[ ] NO ATTORNEY
[ ] ATTORNEY WAIVED

It appearing to the Court that the Accused is present and is the person charged, and that he/she has

[ ] fled justice as stated on this warrant;
[ ] escaped confinement as stated on this warrant;
[ ] broken the terms of bail, probation or parole, as stated on this warrant;

I ORDER that this case be continued until

........................... at ...........................
DATE                              TIME

at which time I also ORDER that the Accused appear before this Court. I further ORDER the Accused committed to jail until such time, unless the Accused meets the terms and conditions of bail, if any.

Terms and Conditions of Bail:
  [ ] No change in existing bail.
  [ ] Held without bail
  [ ] Amount of secured bond: $........................
  [ ] Amount of unsecured bond: $........................

Conditions of release: ........................................................
........................................................
........................................................

........................... ...........................
DATE                              JUDGE

FORM DC-374 (REVERSE) REVISED 7/05

It appearing to the Court that the Accused has not been arrested under a warrant of the Governor, I order him/her recommitted to jail for appearance before this court on

........................... at ...........................
DATE                              TIME

unless arrested under a warrant of the Governor prior thereto. However, the terms and conditions of bail, if any, are continued.

........................... ...........................
DATE                              JUDGE

The Accused having been arrested under a Governor's warrant, and having stated his desire to test the legality of his arrest, this case is continued until

........................... at ...........................
DATE                              TIME

........................... ...........................
DATE                              JUDGE

[ ] The Accused has been arrested on Governor's warrant and is not contesting extradition.

[ ] The Accused waived extradition and is ordered to be delivered to a duly accredited agent of the demanding state within ........................... days, or to be brought forthwith before this Court.

[ ] I ORDER the warrant dismissed.

........................... ...........................
DATE                              JUDGE

Exhibit False Claims

## BENCH WARRANT

Image ID D00145468C28

IN THE COUNTY COURT OF Hamilton COUNTY, NEBRASKA

Doc. No. 145468

STATE V. ALLISON STANTON

Citation No: ET 6100751    Case ID: CR 25   106

TO: THE Hamilton County Sheriff OR ANY DULY AUTHORIZED LAW ENFORCEMENT OFFICER

A complaint has been filed in the above court alleging the above-named defendant committed the following offense(s):

| Statute | Offense Description | Type | Cls | Off. Date |
|---|---|---|---|---|
| 28-1206(3)(B)-1D | Possess firearm by prohibited person-1st | FEL | 1D | 04/09/2025 |
| 28-906 | Obstruct a peace officer | MSD | 1 | 04/09/2025 |

Defendant was ordered to appear in said court on April 29, 2025 for Felony 1st Appearance, and defendant did not comply with such order. The undersigned finds that this warrant is supported: (_) by oath or affirmation upon affidavit or upon the record in open court; (X) by my personal review of the court file; (X) by occurrence in the presence of the court.

THEREFORE YOU ARE ORDERED to immediately arrest said defendant wherever he/she may be found and to bring him/her promptly before this court or any judge or magistrate having jurisdiction of this matter, to answer such complaint and be further dealt with according to law.

Bail bond guaranteeing defendant's appearance before this court is hereby fixed in the sum of $100,000.00 Ten Percent Bond, which may be collected by the arresting agency or a court of competent jurisdiction in the county of arrest. Bail bond shall contain a date certain for defendant's appearance in this court, which shall be the Tuesday after arrest at 09:00 AM at Hamilton County Court Crtrm.

Date: April 29, 2025   Judge/Magistrate _____

**FILED BY**
Clerk of the Hamilton County Court
04/29/2025

*Handwritten annotations:*
- fraudulent docs
- No Jurisdiction
- False Claim
- not Sign By Article 1, 3 Judge
- foray National / Missionary

Officer: Alexander Winters    Nebraska State Patrol

Defendant: Allison Stanton
16890 E Alameda Pkwy #473783
Aurora, CO 80017

AKA
AKA
AKA
AKA

Drivers Lic: 922215997    CO
Vehicle Lic: NONE    CO   Plate Type PA

DOB: 04/14/1965   Ht: 0 00   Wt: 0   Sex: F   Eyes:    Hair:    Race: B